UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. FINLEY,<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE, et al.,<br><br>Defendants. | Case No. 15-cv-04644-KAW<br><br>**ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |

Plaintiff Latonya R. Finley, acting pro se, commenced the above-captioned case on October 7, 2015. (Dkt. No. 1.) On January 25, 2016, she consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). (Dkt. No. 10.) On February 26, 2016, the Court dismissed Plaintiff's complaint with leave to amend because Plaintiff had failed to adequately allege facts sufficient to establish that this Court has subject matter jurisdiction over the case. (Dkt. No. 11.) Plaintiff then filed an amended complaint, which the Court also dismissed due to Plaintiff's failure to adequately allege facts establishing subject matter jurisdiction over the case. (Dkt. Nos. 12, 14.) The April 4, 2016 order dismissing the amended complaint stated: "Plaintiff shall file an amended complaint within 30 days of this order. This will be Plaintiff's final opportunity to amend the complaint." (Dkt. No. 14 at 3.)

As of the filing of this order, Plaintiff has not filed an amended complaint and has not otherwise established that the Court has subject matter jurisdiction over this case. Accordingly, this action is dismissed without prejudice for lack of subject matter jurisdiction.

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 05/25/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge